| | | |
|---|---|---|
| People v Urena | 2d Dept: 149 AD3d 985 (Queens) | denied 6/13/17 (Stein, J.) |
| People v Vanalst | 4th Dept: 148 AD3d 1658 (Ontario) | denied 6/26/17 (Stein, J.) (Appeal No. 2) |
| People v Vargas | App Term, 1st Dept: 55 Misc 3d 130(A) (Bronx) | denied 6/14/17 (Garcia, J.) |
| People v Velez | App Div, 1st Dept: 2017 NY Slip Op 62655(U) (NY) | denied 6/9/17 (Wilson, J.) |
| People v Vickers (Sean) | 4th Dept: 148 AD3d 1535 (Genesee) | denied 6/27/17 (Stein, J.) (Appeal No. 1) |
| People v Vickers (Sean) | 4th Dept: 148 AD3d 1538 (Genesee) | denied 6/27/17 (Stein, J.) (Appeal No. 2) |
| People v Vidro | 1st Dept: 148 AD3d 526 (NY) | denied 6/22/17 (DiFiore, Ch. J.) |
| People v Vieira-Suarez | 4th Dept: 147 AD3d 1405 (Onondaga) | denied 6/8/17 (Wilson, J.) |
| People v Villanueva | 1st Dept: 148 AD3d 210 (NY) | denied 6/8/17 (Wilson, J.) |
| People v Vizcaino | 1st Dept: 148 AD3d 481 (NY) | denied 6/6/17 (Rivera, J.) |
| People v Walker | 4th Dept: 148 AD3d 1569 (Erie) | denied 6/30/17 (Rivera, J.) (Appeal No. 1) |
| People v Wanass | App Term, 1st Dept: 55 Misc 3d 97 (NY) | denied 6/9/17 (Rivera, J.) |
| People v Warner | 4th Dept: 148 AD3d 1676 (Ontario) | denied 6/6/17 (Stein, J.) |
| People v Waters | 1st Dept: 147 AD3d 552 (NY) | denied 6/12/17 (Garcia, J.) |
| People v Webb | 2d Dept: 149 AD3d 779 (Kings) | denied 6/23/17 (Fahey, J.) |
| People v Weston | 2d Dept: 145 AD3d 746 (Orange) | denied 6/8/17 (Wilson, J.) |
| People v White | 1st Dept: 148 AD3d 530 (NY) | denied 6/23/17 (DiFiore, Ch. J.) |
| People v Wiggs | 2d Dept: 149 AD3d 879 (Queens) | denied 6/22/17 (DiFiore, Ch. J.) |
| People v Wilkins (Miracle) | App Term, 1st Dept: 54 Misc 3d 146(A) (NY) | denied 6/28/17 (Rivera, J.) |
| People v Wilkins (Richard) | App Term, 2d Dept: 9th & 10th Jud Dists: 2016 NY Slip Op 91229(U) (Westchester) | withdrawn 6/12/17 (Garcia, J.) |
| People v Williams (Demetrius) | 1st Dept: 147 AD3d 596 (NY) | denied 6/9/17 (DiFiore, Ch. J.) |
| People v Williams (Patrick) | 2d Dept: 146 AD3d 821 (Nassau) | denied 6/9/17 (Wilson, J.) |
| People v Williams (Shaquel) | 4th Dept: 145 AD3d 1544 (Onondaga) | denied 6/8/17 (Wilson, J.) |